UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RASHON KALANI 'KAI KING,

Petitioner,

v.

WARDEN R. BAKER, *et al.*,

Respondents.

Case No. 3:19-cv-00344-MMD-WGC

ORDER

This *pro se* habeas petition pursuant to 28 U.S.C. § 2241 comes before the Court for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The filing fee has been paid. Following review, Petitioner will be directed to file an amended petition.

Petitioner is in custody pursuant to a state court judgment of conviction. Accordingly, the only appropriate statutory section for him to pursue his claims is 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1005-07 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546, 555 (9th Cir. 2010) (en banc). Petitioner must therefore file an amended petition on the § 2254 form.

It is therefore ordered that, within 30 days of the date of this order, Petitioner must file an amended petition on the form for petitions pursuant to 28 U.S.C. § 2254. Petitioner at all times remains responsible for calculating the statute of limitations, and by ordering Petitioner to file an amended petition, the Court does not make any representation that the amended petition or any claims raised therein will not be subject to dismissal as untimely.

It is further ordered that Petitioner must attach to his amended petition all written state court findings pertaining to the claims he asserts in this action.

The Clerk of Court is instructed to send Petitioner two copies of this Court's 28 U.S.C. § 2254 form and one copy of Petitioner's papers in this action.

Failure to timely comply with this Court's order will result in the dismissal of this petition without prejudice and without further advance notice.

DATED THIS 1st day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE